# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 10, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134393(86)(88)(89)
134406

WILLIAM MILLER,
      Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
      Defendant,
      Cross-Defendant-Appellant,
and

PT WORKS, INC.,
      Cross-Plaintiff-Appellee.

_____

SC: 134393
COA: 259992
Wayne CC: 03-325030-NF

WILLIAM MILLER,

v

ALLSTATE INSURANCE COMPANY,
      Defendant,
      Cross-Defendant-Appellee,
and

PT WORKS, INC.,
      Cross-Plaintiff-Appellant.

_____

SC: 134406
COA: 259992
Wayne CC: 03-325030-NF

On order of the Chief Justice, the motions by the Michigan Physical Therapy Association and the American Institute of Architects and others for leave to file briefs *amicus curiae* are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 10, 2008

_____
Clerk